ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona
GARY M. RESTAINO
Arizona State Bar No. 017450
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: gary.restaino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 19-9181MJ |
|---|---|
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| vs. | |
| Reginald Fowler, | |
| Defendant. | |

Assistant United States Attorney Gary M. Restaino associates in as counsel for the United States in the matters pending in the district of arrest.

Respectfully submitted this 1st day of May, 2019.

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

*s/Gary Restaino*
GARY M. RESTAINO
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrant: Gerald Williams