| AO 435 AZ Form (Rev. 10/2018) | Administrative Office of the United States Courts<br>TRANSCRIPT ORDER | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1. NAME Galen Kast | 2. PHONE NUMBER 2024296405 | 3. DATE 6/17/2019 |
|---|---|---|
| 4. FIRM NAME Steptoe & Johnson LLP | | |
| 5. MAILING ADDRESS 1330 Connecticut Ave NW | 6. CITY Washington | 7. STATE DC  8. ZIP CODE 20036 |

| 9. CASE NUMBER 2:19-mj-09181-ESW-1 | 10. JUDGE Eileen S Willett | DATES OF PROCEEDINGS |
|---|---|---|
| | | 11. 04/30/2019    12. 05/09/2019 |
| 13. CASE NAME USA v. Fowler | | LOCATION OF PROCEEDINGS |
| | | 14. Phoenix    15. STATE Arizona |

16. ORDER FOR
☐ APPEAL          ☑ CRIMINAL          ☐ CRIMINAL JUSTICE ACT          ☐ BANKRUPTCY
☐ NON-APPEAL     ☐ CIVIL              ☐ IN FORMA PAUPERIS             ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | Initial Appearance | 04/30/2019 |
| ☐ OPINION OF COURT | | Identity Hearing | 05/02/2019 |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Detention Hearing | 05/09/2019 |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS (expedited) | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 3 DAYS | ☐ | ☐ | | | |
| DAILY | ☑ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS gkast@steptoe.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE  /s/ Galen Kast

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

20. DATE  07/25/2019

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY