```
                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ARIZONA
                    _____


United States of America,      )
                               )   Phoenix, Arizona
               Plaintiff,      )   April 30, 2019
                               )   3:24 p.m.
        vs.                    )
                               )
Reginald Fowler,               )   No. CR 19-9181MJ
                               )
               Defendant.      )
_____)


   BEFORE:  THE HONORABLE EILEEN S. WILLETT, MAGISTRATE JUDGE

                    TRANSCRIPT OF PROCEEDINGS
                        (Initial Appearance)


APPEARANCES:
For the Plaintiff:
        U.S. ATTORNEY'S OFFICE
        By: Vincent Kirby, Esq.
        40 North Central Avenue, Suite 1800
        Phoenix, Arizona 85004

For the Defendant:
        FEDERAL PUBLIC DEFENDER'S OFFICE
        By:  Gerald Williams, Esq.
        850 West Adams Street, Suite 201
        Phoenix, Arizona 85007


Transcriptionist:
Laurie A. Adams
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC-43
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Recorded by Electronic Sound Recording
Transcript Produced by Transcriptionist
```

```
 1                    P R O C E E D I N G S
 2            THE MAGISTRATE COURTROOM CLERK:  Case Number
 3   19-9181MJ, United States of America versus Reginald Fowler,
 4   before the Court for an initial appearance on a Rule 5 matter
 5   out of the Southern District of New York.
 6            MR. KIRBY:  Vincent Kirby appearing on behalf of the
 7   United States.  And we are seeking detention.
 8            THE COURT:  Good afternoon, Mr. Kirby.
 9            MR. WILLIAMS:  Good afternoon.  Gerald Williams
10   awaiting possible appointment on behalf of Mr. Fowler.
11            THE COURT:  Good afternoon, Mr. Williams.
12            Good afternoon, Mr. Fowler.
13            THE DEFENDANT:  Good afternoon Your Honor.
14            THE COURT:  Please raise your hand best you can and
15   we'll get started with your hearing.
16            (The defendant was sworn.)
17            THE COURT:  Sir, you have been sworn.  You must answer
18   all questions truthfully.  However, you do have the right to
19   remain silent, and anything you say can be used against you.
20   If you are not a U.S. citizen, you do have the right to have a
21   consular officer from your country of nationality notified that
22   you have been arrested.  Even without your request a treaty or
23   other international agreement may require consular
24   notification.
25            Sir, you have the right to counsel.  I do have a
```

1   financial affidavit from you.  It does not indicate to me how
2   much you earn a month.  How much do you earn a month?
3           MR. WILLIAMS:  Mr. Fowler is unsure.
4           THE COURT:  Well, you do have a lot of property.  It
5   does not appear from your financial affidavit that you would
6   qualify for counsel at no cost to you.  So what I'm going to do
7   is unless you want a hearing on that issue -- do you want a
8   hearing on the issue of whether you qualify for indigent
9   counsel?
10          THE DEFENDANT:  No, ma'am.
11          THE COURT:  I'm going to order you get counsel.  That
12  will be Mr. Williams.  But you have to pay the cost of it.
13          THE DEFENDANT:  Yes, ma'am.
14          THE COURT:  The reason you are here, sir, is because
15  there was an indictment filed against you out of the Southern
16  District of New York.
17          Mr. Williams, did you review that document with Mr.
18  Fowler?
19          MR. WILLIAMS:  I did.  And his name is spelled
20  correctly and we waive a formal reading.
21          THE COURT:  What would you like to do with regard to
22  his right to have an identity hearing as well as a detention
23  hearing?
24          MR. WILLIAMS:  Your Honor, we're requesting a status
25  hearing on the issue of identity.  We are requesting a

1  detention hearing.  We have been given a date of May 2 at 3:45
2  before Your Honor.
3          THE COURT:  Sir, it is ordered setting a detention
4  hearing as well as a status hearing with regard to the issue of
5  identity for Thursday, May 2nd, 2019, here, 3:45.  It will be
6  back before me, sir, in this courtroom.  Mr. Williams will be
7  in contact with you to prepare you for that hearing and you are
8  temporarily detained pending it.
9          Do you have a question?  Ask your attorney first just
10 in case he doesn't want you to talk to me directly.  Then you
11 can talk to me if he wants you to.  Go ahead and ask him first.
12         (Discussion off the record between the defendant and
13 his counsel.)
14         THE COURT:  Was your attorney able to answer your
15 question, sir?
16         THE DEFENDANT:  Yes.  The answer was unsatisfactory,
17 but he did answer it.
18         THE COURT:  Do you need to say something to me?
19         All right.  Then I will see you back here on Thursday.
20 Thank you.
21         (Proceeding concluded at 3:28 p.m.)

```
 1
 2
 3
 4                    C E R T I F I C A T E
 5
 6        I, LAURIE A. ADAMS, court-approved transcriber,
 7  certify that the foregoing is a correct transcript from the
 8  official sound recording of the proceedings in the
 9  above-entitled matter.
10
11        DATED at Phoenix, Arizona, this 25th day of July,
12  2019.
13
14
15                              s/Laurie A. Adams
                                _____
16                                Laurie A. Adams
17
18
19
20
21
22
23
24
25
```