```
                    UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF ARIZONA
                    _____

United States of America,    )
                             )   Phoenix, Arizona
          Plaintiff,         )   May 2, 2019
                             )   3:38 p.m.
     vs.                     )
                             )
Reginald Fowler,             )   No. CR 19-9181MJ
                             )
          Defendant.         )
_____)



     BEFORE:  THE HONORABLE EILEEN S. WILLETT, MAGISTRATE JUDGE

                    TRANSCRIPT OF PROCEEDINGS
                   (Detention Hearing and
               Status Hearing re: Identification)


APPEARANCES:
For the Plaintiff:
     U.S. ATTORNEY'S OFFICE
     By: Gary Restaino, Esq.
     40 North Central Avenue, Suite 1800
     Phoenix, Arizona 85004

For the Defendant:
     FEDERAL PUBLIC DEFENDER'S OFFICE
     By:  Gerald Williams, Esq.
     850 West Adams Street, Suite 201
     Phoenix, Arizona 85007


Transcriptionist:
Laurie A. Adams
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC-43
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Recorded by Electronic Sound Recording
Transcript Produced by Transcriptionist
```

```
 1                    P R O C E E D I N G S
 2          THE MAGISTRATE COURTROOM CLERK:  Case Number
 3  19-9181MJ, United States of America versus Reginald Fowler,
 4  before the Court for a detention hearing and status hearing
 5  regarding the identity hearing.
 6          MR. RESTAINO:  Good afternoon, Your Honor.  Gary
 7  Restaino for the United States.  And with me at counsel table
 8  is Todd McGee with the FBI.
 9          THE COURT:  Good afternoon, gentlemen.
10          MR. WILLIAMS:  Good afternoon, Your Honor.  Gerald
11  Williams on behalf of Mr. Fowler.
12          THE COURT:  Good afternoon, Mr. Williams.
13          Good afternoon, Mr. Fowler.
14          THE DEFENDANT:  Good afternoon, Your Honor.
15          THE COURT:  Counsel.
16          MR. WILLIAMS:  Your Honor, we are requesting a
17  continuance.  I believe we have been given a date of next
18  Friday at 1:30.  I just had a thought that perhaps we could
19  address the issue of identification if we want to do that now.
20  We are going to waive ID, or waive identification.  I haven't
21  filled out a form but we're certainly prepared to go orally.
22          THE COURT:  I can go forward without the form.
23          MR. WILLIAMS:  Okay.
24          THE COURT:  Mr. Fowler, if you would please, sir,
25  stand up and raise your right hand.  We're going to swear you
```

1  in on the issue of identity.
2          (The defendant was sworn.)
3          THE COURT:  Sir, you have now been placed under oath.
4  You must tell the truth when you are under oath.  You can be
5  convicted of perjury if you lie.  The government has the right
6  in a prosecution for perjury or false statement to use against
7  you any of the statements that you give when you are under
8  oath.
9          Mr. Fowler, please tell me your name for the record.
10         THE DEFENDANT:  Reginald Fowler.
11         THE COURT:  Sir, you have the right to have a hearing
12 on the issue of your identity.  At that hearing, the government
13 must establish to my satisfaction that you are the person that
14 was named on the warrant.
15         Mr. Williams just told me, sir, that you wish to give
16 up your right to have the identity hearing.  Is that correct?
17         THE DEFENDANT:  Yes, Your Honor.
18         THE COURT:  The Court does find that identity has been
19 established, and this matter is set -- is the defendant waiving
20 time?
21         MR. WILLIAMS:  Yes, Your Honor.
22         THE COURT:  The matter is continued for the issue of
23 the detention hearing Friday, 1:30 p.m.
24         Sir, you are going to be before Judge Burns.  Judge
25 Burns is the magistrate judge on duty that day.  She is in

1  Courtroom 303.  Mr. Williams will be in contact with you to
2  prepare you for that hearing, sir, before it happens.
3           You are temporarily detained pending the detention
4  hearing.
5           Is there anything further from either counsel?  From
6  the government?
7           MR. RESTAINO:  No, Your Honor.  Thank you.
8           THE COURT:  From the defense?
9           MR. WILLIAMS:  No, Your Honor.
10          THE COURT:  Thank you very much.
11          (Proceeding concluded at 3:41 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4                    **C E R T I F I C A T E**
5
6         **I, LAURIE A. ADAMS, court-approved transcriber,**
7    **certify that the foregoing is a correct transcript from the**
8    **official sound recording of the proceedings in the**
9    **above-entitled matter.**
10
11        **DATED at Phoenix, Arizona, this 25th day of July,**
12   **2019.**
13
14
15                              **s/Laurie A. Adams**
16                              **_____**
                                **Laurie A. Adams**
17
18
19
20
21
22
23
24
25